## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**********************************************:

| | | |
|---|---|---|
| **VITO CORTESE** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO. 3:22-cv-00408** |
| | : | |
| **V.** | : | |
| | : | |
| | : | |
| **WAL-MART STORES EAST, L.P** | : | |
| **EAST WINDSOR PROPERTIES, L.P.,** | : | |
| **BIG Y FOODS, INC.; and** | : | |
| **PROSPECT HILL PROPERTIES, L.P.** | : | |
| *Defendant* | : | **MARCH 19, 2022** |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores East, Limited Partnership ("Defendant") by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby removes this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.      The plaintiff, Vito Cortese ("Plaintiff"), commenced an action by service of process on February 18, 2022 against the Defendant in Connecticut state court entitled, *Vito Cortese v. Wal-Mart Stores East L.P.*, *et al.,* Docket No. HHD-CV22-6152485-S, and returnable to the Superior Court, Judicial District of Hartford A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

- 1 -

2.      This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or about February 18, 2022.

3.      The Plaintiff alleges, among claims against other defendants, that while walking and pushing a shopping carriage in a parking lot located at 69 Prospect Hill Road, East Windsor, Connecticut, the shopping carriage "fell into a pothole located in the parking lot….thereby causing the back of the carriage to strike his left knee" causing him the injuries alleged therein. See Exhibit A, Complaint, at ¶¶ 2-4.  Specifically, the Plaintiff alleges that as a result of the incident, he suffered a complex tear of the anterior horn of his lateral meniscus, requiring surgical intervention, and claims to have suffered other serious injuries.  Id. at ¶ 6.  Plaintiff further alleges that some or all of these injuries are permanent in nature. See Id.  Plaintiff also alleges that he has incurred medical expenses for the foregoing injuries, including for "diagnostic studies, x-rays, physical therapy, medicines, and the like…" and may incur further sums for medical expenses in the future.  Id. at ¶ 7.  Based upon medical records and bills provided by Plaintiff to Defendant to date, Plaintiff claims to have incurred in excess of $80,000 in economic damages.  Based upon Plaintiff's allegations and information provided to date, the amount in controversy exceeds $75,000.00.

4.      The Plaintiff resides in East Windsor, Connecticut and alleges that he was injured while walking in the parking lot of a shopping center located in East Windsor, Connecticut on the date alleged in the Complaint.

Defendant, Wal-Mart East, Limited Partnership is a limited partnership organized under the laws of the state of Delaware with a principal place of business in Bentonville, Arkansas. The general partner of Wal-Mart Stores East, Limited Partnership is WSE Management, LLC and the

- 2 -

limited partner is WSE Investment, LLC.  Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), is an Arkansas limited liability company, and is the sole member of WSE Management, LLC and WSE Investment, LLC. Wal-Mart Stores East, LLC is a wholly owned subsidiary of Wal-Mart, Inc, a publicly traded corporation organized under the laws of the State of Delaware with a principal place of business in Arkansas.

Defendant Big Y Foods, Inc. is a Massachusetts corporation with a principal place of business in Massachusetts according to Connecticut Secretary of State records.

Defendant East Windsor Properties, Limited Partnership ("East Windsor") is a Delaware limited partnership with a principal place of business in Massachusetts according to Connecticut Secretary of State records. On information and belief, neither the general partner or any limited partners of East Windsor are Connecticut citizens.

Defendant Prospect Hill Properties, Limited Partnership ("Prospect Hill") is a Delaware limited partnership with a principal place of business in Massachusetts. According to Connecticut Secretary of State records, the general partner of Prospect Hill is WS Asset Management, Inc., which is a Massachusetts corporation with a principal place of business in Massachusetts.  On information and belief, no limited partner of Prospect Hill is a citizen of Connecticut.

Accordingly, there is complete diversity of citizenship between the Plaintiff and the Defendants.

5.      The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

- 3 -

6.      This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendants are citizens of different states.

Dated this 19th day of March, 2022.


                                                    THE DEFENDANT

                                          By: /s/ George C. Springer, Jr.
                                                    George C. Springer, Jr. [ct03263]
                                                    Michael D. Blumberg [ct28990]
                                                    Rogin Nassau LLC
                                                    185 Asylum Street, 22nd Floor
                                                    Hartford, CT 06103-3460
                                                    Tel: (860) 256-6380
                                                    Fax: (860) 278-2179
                                                    E-mail: gspringer@roginlaw.com

- 4 -

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was served electronically this 19th day of March 2022 and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     Paul Iannacone, Esq.
     Riscassi & Davis, P.C.
     131 Oak Street
     Hartford, Connecticut 06106
     piannacone@riscassidavis.com

     East Windsor Properties, L.P.
     Prospect Hill Properties, L.P
     33 Boylston Street, Suite 3000
     Chestnut Hill, MA 02467

     Big Y Foods, Inc.
     2145 Roosevelt Avenue
     Springfield, MA 01104

     /s/ George C. Springer, Jr.
     George C. Springer, Jr. [ct03263]

- 5 -

# EXHIBIT A

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460  • (860) 256-6300  • JURIS NO. 050793

**SUMMONS - CIVIL**
JD-CV-1   Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **95 Washington Street, Hartford, CT 06106** | ( 860 ) 548 – 2700 | 03/29/2022 |

| ☒ Judicial District   G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|
| ☐ Housing Session   ☐ Number: | Hartford | Major: **T**   Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **RisCassi & Davis, P.C., 131 Oak Street, Hartford, CT 06106** | **50361** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 522 –1196 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **piannaccone@riscassidavis.com** |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:   **Cortese, Vito**<br>Address: **P.O. Box 474, East Windsor, CT 06088** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name:   **Wal-Mart Stores, East Limited Partnership, 702 SW 8th Street, Bentonville, AR 72716**<br>Address: Agent for Service:  CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| **Additional defendant** | Name:   **East Windsor Properties, Limited Partnership, 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467**<br>Address: Agent for Service:  CT Corporation, 67 Burnside Avenue, East Hartford, CT 06108 | D-02 |
| **Additional defendant** | Name:   **Big Y Foods, Inc., 2145 Roosevelt Avenue, Springfield, MA 01104**<br>Address: Agent for Service:  Secretary of State, 165 Capitol Avenue, Hartford, CT 06115 | D-03 |
| **Additional defendant** | Name:   **Prospect Hill Properties, Limited Partnership, 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467**<br>Address: Agent for Service:  CT Corporation, 67 Burnside Avenue, East Hartford, CT 06108 | D-04 |

| Total number of plaintiffs: **1** | Total number of defendants: **4** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 02/16/2022 | *[signature]* | ☒ Commissioner of Superior Court<br>☐ Clerk | **Paul M. Iannaccone, Esq.** |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE:  MARCH 29, 2022

VITO CORTESE                                    :        SUPERIOR COURT

V.                                              :        JUDICIAL DISTRICT OF
                                                         HARTFORD AT HARTFORD

WAL-MART STORES EAST,
LIMITED PARTNERSHIP;
EAST WINDSOR PROPERTIES,
LIMITED PARTNERSHIP;
BIG Y FOODS, INC.; and
PROSPECT HILL PROPERTIES,
LIMITED PARTNERSHIP                             :        FEBRUARY 16, 2022

## COMPLAINT

**FIRST COUNT:**      **Vito Cortese v. Wal-Mart Stores East, Limited Partnership**

     1.      At all times mentioned herein, the defendant, Wal-Mart Stores East,

Limited Partnership, was, and continues to be, a Delaware limited partnership, with a

business address of 702 SW 8TH Street, Bentonville, Arkansas, which was authorized to

transact business within the State of Connecticut.

     2.      At all times mentioned herein, the defendant, Wal-Mart Stores East,

Limited Partnership, its officers, agents, servants, and/or employees, owned, leased,

rented, controlled, possessed, operated, managed and/or maintained the premises located

at 69 Prospect Hill Road, East Windsor, Connecticut.

     3.      At all times mentioned herein, the defendant, Wal-Mart Stores East,

Limited Partnership, its agents, servants, and/or employees were responsible for the

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

maintenance and/or upkeep of the parking lot of the premises located at 69 Prospect Hill Road, East Windsor, Connecticut.

    4.    On or about March 14, 2020, at approximately 11:30 a.m., the plaintiff, Vito Cortese, was lawfully on the aforementioned premises when suddenly, and without warning, the front of his carriage fell into a pothole located in the parking lot of Wal-Mart, thereby causing the back of the carriage to strike his left knee, all of which caused him to sustain and suffer the personal injuries and losses hereinafter set forth.

    5.    The aforementioned incident, and the personal injuries and losses sustained and suffered by the plaintiff, Vito Cortese, were caused by the negligence and carelessness of the defendant, Wal-Mart Stores East, Limited Partnership, its officers, agents, servants, and/or employees, in one or more of the following ways:

    a.    in that they failed to provide lawful users of the premises, including the plaintiff, with reasonably safe public premises; and/or

    b.    in that they permitted the pothole to exist, thereby rendering the area dangerous and/or defective and unsafe for lawful users of the same, including the plaintiff; and/or

    c.    in that they failed to properly maintain the parking lot of the premises; and/or

    d.    in that they failed to provide adequate warnings to the plaintiff of the aforesaid dangerous and/or defective condition of the pothole; and/or

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

e.     in that they knew, or in the exercise of reasonable care
       and inspection should have known, of the aforesaid
       dangerous condition of the pothole and should have
       taken measures to remedy and/or correct the same, but
       this they failed to do; and/or

f.     in that they failed to perform reasonable and/or timely
       inspections of the parking lot to discover the dangerous
       and/or defective condition thereof, although they
       could, and should, have done so; and/or

g.     in that they allowed or permitted the aforesaid
       dangerous and/or defective condition to exist for an
       unreasonable period of time, yet took no measures to
       remedy or correct the same; and/or

h.     in that they failed to fill, grade or level the pothole,
       thereby rendering the area unsafe and defective to
       lawful users of the premises, including the plaintiff.

6.     As a result of the aforementioned incident, and the negligence and

carelessness of the defendant, Wal-Mart Stores East, Limited Partnership, its officers,

agents, servants, and/or employees, the plaintiff, Vito Cortese, sustained and suffered

personal injuries and losses. Subsequent examinations and diagnostic studies revealed

that the plaintiff suffered personal injuries and losses, including a complex tear of the

anterior horn of his lateral meniscus, requiring surgical intervention; a 12.3 x 9.9 mm

osteochondral defect of the lateral femoral condyle; displaced lose bodies within the

posterior of the patellofemoral joint; mild patellar chondromalacia; small joint effusion;

injuries to the nerves, muscles, and soft tissues of his body, the extent of which are

RISCASSI & DAVIS, P.C.

ATTORNEYS-AT-LAW

131 OAK STREET

P. O. BOX 261557

HARTFORD, CT 06126-1557

(860) 522-1196

JURIS NO. 50361

3

presently unknown; great pain and anguish; and a shock to his entire nervous system, some, or all, of which injuries are, or are likely to be, of a permanent nature.

7.     As a further result thereof, the plaintiff, Vito Cortese, has been forced to incur financial obligations for hospital and medical care and treatment, surgery, diagnostic studies, x-rays, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8.     As a further result thereof, the plaintiff, Vito Cortese, has been, and in the future will likely continue to be, unable to pursue his usual activities to the same extent as prior to the accident, all to his further loss and detriment.

**SECOND COUNT:**  <u>**Vito Cortese v. East Windsor Properties, Limited Partnership**</u>

1.     At all times mentioned herein, the defendant, East Windsor Properties, Limited Partnership, was, and continues to be, a Delaware limited partnership with a business address of 33 Boylston Street, Suite 3000, Chestnut Hill, Massachusetts, which is authorized to conduct business within the state of Connecticut.

2.     At all times mentioned herein, the defendant, East Windsor Properties, Limited Partnership, its agents, servants, and/or employees, owned, leased, rented controlled, possessed, managed, and/or maintained the premises located at Prospect Hill Road, East Windsor, Connecticut, known as "Prospect Hill Marketplace."

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

4

3.      At all times mentioned herein, the defendant, East Windsor Properties, Limited Partnership, its agents, servants, and/or employees were responsible for the maintenance and/or upkeep of the parking lot of the premises located at 69 Prospect Hill Road, East Windsor, Connecticut.

4.      On or about March 14, 2020, at approximately 11:30 a.m., the plaintiff, Vito Cortese, was lawfully on the aforementioned premises when suddenly, and without warning, the front of his carriage fell into a pothole located in the parking lot of Wal-Mart, thereby causing the back of the carriage to strike his left knee, all of which caused him to sustain and suffer the personal injuries and losses hereinafter set forth.

5.      The aforementioned incident, and the personal injuries and losses sustained and suffered by the plaintiff, Vito Cortese, were caused by the negligence and carelessness of the defendant, East Windsor Properties, Limited Partnership, its officers, agents, servants, and/or employees in one or more of the following ways.

      a.      in that they failed to provide lawful users of the premises, including the plaintiff with a reasonably safe premises; and/or

      b.      in that they permitted the pothole to exist, thereby rendering the area dangerous and/or defective and unsafe for lawful users of the same, including the plaintiff; and/or

      c.      in that they failed to properly maintain the parking lot of the premises; and/or

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

RISCASSI & DAVIS, P.C.

ATTORNEYS-AT-LAW

131 OAK STREET

P. O. BOX 261557

HARTFORD, CT 06126-1557

(860) 522-1196

JURIS NO. 50361

    d.     in that they failed to provide adequate warnings to the plaintiff of the aforesaid dangerous and/or defective condition of the pothole; and/or

    e.     in that they knew, or in the exercise of reasonable care and inspection should have known, of the aforesaid dangerous condition of the pothole and should have taken measures to remedy and/or correct the same, but this they failed to do; and/or

    f.     in that they failed to perform reasonable and/or timely inspections of the parking lot to discover the dangerous and/or defective condition thereof, although they could, and should, have done so; and/or

    g.     in that they allowed or permitted the aforesaid dangerous and/or defective condition to exist for an unreasonable period of time, yet took no measures to remedy or correct the same; and/or

    h.     in that they failed to fill, grade or level the pothole, thereby rendering the area unsafe and defective to lawful users of the premises, including the plaintiff.

6.     As a result of the aforementioned incident, and the negligence and carelessness of the defendant, East Windsor Properties, Limited Partnership, its officers, agents, servants, and/or employees, the plaintiff, Vito Cortese, sustained and suffered personal injuries and losses. Subsequent examinations and diagnostic studies revealed that the plaintiff suffered personal injuries and losses, including a complex tear of the anterior horn of his lateral meniscus, requiring surgical intervention; a 12.3 x 9.9 mm osteochondral defect of the lateral femoral condyle; displaced lose bodies within the posterior of the patellofemoral joint; mild patellar chondromalacia; small joint effusion;

injuries to the nerves, muscles, and soft tissues of his body, the extent of which are presently unknown; great pain and anguish; and a shock to his entire nervous system, some, or all, of which injuries are, or are likely to be, of a permanent nature.

7.      As a further result thereof, the plaintiff, Vito Cortese, has been forced to incur financial obligations for hospital and medical care and treatment, surgery, diagnostic studies, x-rays, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8.      As a further result thereof, the plaintiff, Vito Cortese, has been, and in the future will likely continue to be, unable to pursue his usual activities to the same extent as prior to the accident all to his further loss and detriment.

**THIRD COUNT:**      <u>**Vito Cortese v. Big Y Foods, Inc.**</u>

1.      At all times mentioned herein, the defendant, Big Y Foods, Inc., was, and continues to be, a Massachusetts corporation, with a business address of 2145 Roosevelt Avenue, Springfield, Massachusetts, which was authorized to transact business within the State of Connecticut.

2.      At all times mentioned herein, the defendant, Big Y Foods, Inc., its officers, agents, servants, and/or employees, owned, leased, rented, controlled, possessed, operated, managed and/or maintained the premises located at 67 Prospect Hill Road, East Windsor, Connecticut.

RISCASSI & DAVIS, P.C.
ATTORNEYS AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

3.      At all times mentioned herein, the defendant, Big Y Foods, Inc., its agents, servants, and/or employees were responsible for the maintenance and/or upkeep of the parking lot of the premises located at 67 Prospect Hill Road, East Windsor, Connecticut.

4.      On or about March 14, 2020, at approximately 11:30 a.m., the plaintiff, Vito Cortese, was lawfully on the aforementioned premises when suddenly, and without warning, the front of his carriage fell into a pothole located in the parking lot of Big Y, thereby causing the back of the carriage to strike his left knee, all of which caused him to sustain and suffer the personal injuries and losses hereinafter set forth.

5.      The aforementioned incident, and the personal injuries and losses sustained and suffered by the plaintiff, Vito Cortese, were caused by the negligence and carelessness of the defendant, Big Y Foods, Inc., its officers, agents, servants, and/or employees, in one or more of the following ways:

    a.      in that they failed to provide lawful users of the premises, including the plaintiff, with reasonably safe public premises; and/or

    b.      in that they permitted the pothole to exist, thereby rendering the area dangerous and/or defective and unsafe for lawful users of the same, including the plaintiff; and/or

    c.      in that they failed to properly maintain the parking lot of the premises; and/or

    d.      in that they failed to provide adequate warnings to the plaintiff of the aforesaid dangerous and/or defective condition of the pothole; and/or

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

e.  in that they knew, or in the exercise of reasonable care and inspection should have known, of the aforesaid dangerous condition of the pothole and should have taken measures to remedy and/or correct the same, but this they failed to do; and/or

f.  in that they failed to perform reasonable and/or timely inspections of the parking lot to discover the dangerous and/or defective condition thereof, although they could, and should, have done so; and/or

g.  in that they allowed or permitted the aforesaid dangerous and/or defective condition to exist for an unreasonable period of time, yet took no measures to remedy or correct the same; and/or

h.  in that they failed to fill, grade or level the pothole, thereby rendering the area unsafe and defective to lawful users of the premises, including the plaintiff.

6.  As a result of the aforementioned incident, and the negligence and carelessness of the defendant, Big Y Foods, Inc., its officers, agents, servants, and/or employees, the plaintiff, Vito Cortese, sustained and suffered personal injuries and losses. Subsequent examinations and diagnostic studies revealed that the plaintiff suffered personal injuries and losses, including a complex tear of the anterior horn of his lateral meniscus, requiring surgical intervention; a 12.3 x 9.9 mm osteochondral defect of the lateral femoral condyle; displaced lose bodies within the posterior of the patellofemoral joint; mild patellar chondromalacia; small joint effusion; injuries to the nerves, muscles, and soft tissues of his body, the extent of which are presently unknown; great pain and

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

anguish; and a shock to his entire nervous system, some, or all, of which injuries are, or are likely to be, of a permanent nature.

7.      As a further result thereof, the plaintiff, Vito Cortese, has been forced to incur financial obligations for hospital and medical care and treatment, surgery, diagnostic studies, x-rays, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8.      As a further result thereof, the plaintiff, Vito Cortese, has been, and in the future will likely continue to be, unable to pursue his usual activities to the same extent as prior to the accident, all to his further loss and detriment.

**FOURTH COUNT:   Vito Cortese v. Prospect Hill Properties, Limited Partnership**

1.      At all times mentioned herein, the defendant, Prospect Hill Properties, Limited Partnership, was, and continues to be, a Delaware limited partnership with a business address of 33 Boylston Street, Suite 3000, Chestnut Hill, Massachusetts, which is authorized to conduct business within the state of Connecticut.

2.      At all times mentioned herein, the defendant, Prospect Hill Properties, Limited Partnership, its agents, servants, and/or employees, owned, leased, rented controlled, possessed, managed, and/or maintained the premises located at Prospect Hill Road, East Windsor, Connecticut, known as "Prospect Hill Marketplace."

3.      At all times mentioned herein, the defendant, Prospect Hill Properties, Limited Partnership, its agents, servants, and/or employees were responsible for the

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

10

maintenance and/or upkeep of the parking lot of the premises located at 67 Prospect Hill Road, East Windsor, Connecticut.

4.     On or about March 14, 2020, at approximately 11:30 a.m., the plaintiff, Vito Cortese, was lawfully on the aforementioned premises when suddenly, and without warning, the front of his carriage fell into a pothole located in the parking lot of Big Y, thereby causing the back of the carriage to strike his left knee, all of which caused him to sustain and suffer the personal injuries and losses hereinafter set forth.

5.     The aforementioned incident, and the personal injuries and losses sustained and suffered by the plaintiff, Vito Cortese, were caused by the negligence and carelessness of the defendant, Prospect Hill Properties, Limited Partnership, its officers, agents, servants, and/or employees in one or more of the following ways.

a.     in that they failed to provide lawful users of the premises, including the plaintiff with a reasonably safe premises; and/or

b.     in that they permitted the pothole to exist, thereby rendering the area dangerous and/or defective and unsafe for lawful users of the same, including the plaintiff; and/or

c.     in that they failed to properly maintain the parking lot of the premises; and/or

d.     in that they failed to provide adequate warnings to the plaintiff of the aforesaid dangerous and/or defective condition of the pothole; and/or

RISCASSI & DAVIS, P.C.

ATTORNEYS-AT-LAW

131 OAK STREET

P. O. BOX 261557

HARTFORD, CT 06126-1557

(860) 522-1196

JURIS NO. 50361

e.   in that they knew, or in the exercise of reasonable care and inspection should have known, of the aforesaid dangerous condition of the pothole and should have taken measures to remedy and/or correct the same, but this they failed to do; and/or

f.   in that they failed to perform reasonable and/or timely inspections of the parking lot to discover the dangerous and/or defective condition thereof, although they could, and should, have done so; and/or

g.   in that they allowed or permitted the aforesaid dangerous and/or defective condition to exist for an unreasonable period of time, yet took no measures to remedy or correct the same; and/or

h.   in that they failed to fill, grade or level the pothole, thereby rendering the area unsafe and defective to lawful users of the premises, including the plaintiff.

6.   As a result of the aforementioned incident, and the negligence and carelessness of the defendant, Prospect Hill Properties, Limited Partnership, its officers, agents, servants, and/or employees, the plaintiff, Vito Cortese, sustained and suffered personal injuries and losses. Subsequent examinations and diagnostic studies revealed that the plaintiff suffered personal injuries and losses, including a complex tear of the anterior horn of his lateral meniscus, requiring surgical intervention; a 12.3 x 9.9 mm osteochondral defect of the lateral femoral condyle; displaced lose bodies within the posterior of the patellofemoral joint; mild patellar chondromalacia; small joint effusion; injuries to the nerves, muscles, and soft tissues of his body, the extent of which are

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

presently unknown; great pain and anguish; and a shock to his entire nervous system, some, or all, of which injuries are, or are likely to be, of a permanent nature.

7.    As a further result thereof, the plaintiff, Vito Cortese, has been forced to incur financial obligations for hospital and medical care and treatment, surgery, diagnostic studies, x-rays, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8.    As a further result thereof, the plaintiff, Vito Cortese, has been, and in the future will likely continue to be, unable to pursue his usual activities to the same extent as prior to the accident all to his further loss and detriment.

RISCASSI & DAVIS, P.C.

ATTORNEYS-AT-LAW

131 OAK STREET

P. O. BOX 261557

HARTFORD, CT 06126-1557

(860) 522-1196

JURIS NO. 50361

13

**WHEREFORE**, the plaintiff claims money damages.  The amount in demand, exclusive of interest and costs, is in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

I hereby certify that I have knowledge of the financial responsibilities of the plaintiff and deem it sufficient to pay the costs.

Hereof fail not, but of this writ, with your doings thereon, make due service and return according to law.

Dated at Hartford, Connecticut, this 16th day of February, 2022.

BY _____
Paul M. Iannaccone
Commissioner of the Superior Court

We hereby enter our appearance
for the plaintiff in this action.

_____
RISCASSI AND DAVIS, P.C.
Juris No. 50361

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

14